IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:22-cv-00493-BO-RJ

| | |
|---|---|
| MARIANA AVALOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court based on Plaintiff's Memorandum in Support of Motion for Judgment on the Pleadings and the parties' Joint Motion for Reversal and Remand Under Sentence Four of 42 U.S.C. § 405(g). The Court hereby grants the parties' joint motion and reverses and remands the case to the Commissioner for the calculation of benefits based on a finding of disability as of September 25, 2014 as provided in Plaintiff's application for disability insurance benefits filed on October 27, 2016. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 21 day of August, 2023.

TERENCE W. BOYLE
United States District Judge

1