UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIANA AVALOS, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>MARTIN O'MALLEY, )<br>)<br>)<br>)<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:22-CV-493-BO** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Charlotte W. Hall, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $16,000 (or 25% of Plaintiffs past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees [s]he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

This Judgment filed and entered on April 5, 2024, and copies to:
| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Kenneth DiVito | (via CM/ECF electronic notification) |
| Samantha Zeiler | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |

April 5, 2024

PETER A. MOORE, JR.
Clerk of Court

By: /s/ Nicole Sellers
Deputy Clerk